

# Helen F. Dalton & Associates, P.C.
### ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

**HONORABLE JUDGE JOANNA SEYBERT**
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

January 19, 2012

Re: *Abel Montoya et. al. v. Russo Brothers* et al,

Index # 10-CV-4625

Dear Judge Seybert,

　　Our firm represents both Plaintiffs in this action. As per Your Honor's Order, I am submitting this letter on behalf of both Plaintiffs and Defendants. We have reached this settlement agreement after discovery on this case has been completed. As per our calculations, Plaintiffs' actual damages were: Elvis Escobar was owed $11,261 and Plaintiff Abel Montoya was owed $25,539. Defendants always refuted these numbers, stating that the actual hours Plaintiffs worked were less than the claimed hours. The agreement was reached at $30,000 (thirty thousand) that represents over 80 % of actual damages claimed by Plaintiffs. Both Plaintiffs and Defendants, including their counsel, believe that this agreement is fair.

Sincerely,

Roman Ayshalumov (RA 5508)
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591 Fax: (718) 263-9598

Thomas J. Stock
Attorney for Defendants

88 Second Street
Mineola, New York 11501
Telephone: (516) 747-2478